UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MARIA VEGA,

      Plaintiff,

v.                                  CASE NO.:   5:26-cv-303-JLB-PRL

DEPUTY JOHN DOE, *et al.*,

      Defendants.

_____/

## **ORDER**

Before the Court is pro se Plaintiff Maria Vega's complaint, which was docketed on April 27, 2026.   (Doc. 1).   Plaintiff has failed to pay the $405 filing fee. *See* 28 U.S.C. § 1914 ("The clerk of each district court shall require the parties instituting any civil action . . . to pay a filing fee[.]").   Because the Court finds Plaintiff to be barred from proceeding *in forma pauperis* under 28 U.S.C. § 1915(g), this action is dismissed without prejudice.

Under section 1915(g), a prisoner cannot proceed *in forma pauperis* if "on 3 or more prior occasions, while incarcerated or detained in any facility, [she] brought an action or appeal in a [federal] court . . . that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted[.]" 28 U.S.C. § 1915(g); *see Lomax v. Ortiz-Marquez,* 140 S. Ct. 1721, 1723 (2020) ("To help staunch a 'flood of nonmeritorious' prisoner litigation, the Prison Litigation Reform Act of 1995 (PLRA) established what has become known as the three-strikes rule." (citation omitted)).   And "[a] dismissal of a suit for failure to state a claim

counts as a strike, whether or not with prejudice." *Lomax*, 140 S. Ct. at 1727.

The Court takes judicial notice of three of Plaintiff's prior federal lawsuits, all of which were filed before this case and dismissed as frivolous, malicious, or failing to state claim upon which relief may be granted:

· *Vega v. Fitzgeorge, et al.*, Case No. 2:13-cv-51-JES-DNF (M.D. Fla), dismissed January 28, 2013, for failure to state a claim upon which relief can be granted.

· *Vega v. Stratford Career Inst.*, Case No. 5:24-cv-22-WWB-PRL (M.D. Fla), dismissed March 5, 2024, as frivolous.

· *Vega v. Camp, et al.*, Case No. 5:26-cv-10-CEM-PRL (M.D. Fla), dismissed Feb. 9, 2026, as frivolous.

Also, Plaintiff is not exempt from § 1915(g)'s three-strikes rule, as the complaint does not allege she is in imminent danger of a serious physical injury. *Mitchell v. Nobles*, 873 F. 3d 869, 872 (11th Cir. 2017).

The Court thus dismisses this action without prejudice. If Plaintiff wishes to pursue her claim(s), she must file a new complaint—under a new case number—and pay the $405.00 filing fee.

2

Accordingly, it is

**ORDERED:**

1.  This action is **DISMISSED without prejudice** under 28 U.S.C.

    § 1915(g).

2.  The Clerk is **DIRECTED** to enter judgment, deny as moot any

    pending motions, and close this file.

**DONE** and **ORDERED** in Tampa, Florida this 11th day of June 2026.

**JOHN L. BADALAMENTI**
**UNITED STATES DISTRICT JUDGE**

SA:   OCAP-2
Copies:   Pro se Plaintiff

3